ROGERS v. STATE.   (No. 4030.)

(Court of Criminal Appeals of Texas.   April 5, 1916.)

CRIMINAL LAW ☞1090(1)—APPEAL—STATEMENT OF FACTS—BILLS OF EXCEPTION—NECESSITY.

In the absence of statement of facts and bills of exception, nothing is presented for review.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2805; Dec. Dig. ☞1090(1).]

Appeal from District Court, McLennan County; Richard I. Munroe, Judge.

Harry Rogers was convicted of forgery, and he appeals. Judgment affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a conviction of forgery, with no statement of facts nor bills of exceptions, in the absence of which, nothing is raised which can be reviewed.

The judgment is therefore affirmed.